ROSE FOLK ET AL., APPELLANTS, v. HACKENSACK WATER COMPANY, RESPONDENT.

Submitted February 17, 1939—Decided April 21, 1939.

For the appellant, *Nathan Baker*.

For the respondent, *Samuel W. Zerman*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 14.

*For reversal*—None.